# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Nekima Levy Armstrong, Marques Armstrong, Terry Hempfling, and Rachel Clark, *On behalf of themselves and other similarly situated individuals,*

        Plaintiffs,

  v.

City of Minneapolis, Minneapolis Chief of Police Medaria Arradondo *in his individual and official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his individual and official capacity*; Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*; and John Does 1-2, *in their individual and official capacities*,

        Defendants.

Civil Action No. 0:20-cv-01645-SRN-DTS

**AFFIDAVIT OF SERVICE**

---

I, Michael E. Florey, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I am one of the attorneys representing Plaintiffs Nekima Levy Armstrong, Marques Armstrong, Terry Hempfling, and Rachel Clark in this matter.

2. In accordance with the Minnesota Attorney General's Office guidance regarding service during the Governor's Emergency Declaration as related to COVID-19 (available here: https://www.ag.state.mn.us/Office/OpposingCounsel.asp), the following documents were served via email to COVID.service@ag.state.mn.us at 2:36 p.m. on July 28, 2020 regarding John Harrington, in his individual and official capacity, and at 2:38 p.m. on July 28, 2020 regarding Colonel Matthew Langer, in his individual and official capacity:

- Complaint and Demand for a Jury Trial

- Summons

- Civil Cover Sheet

- Civil Cover Sheet Attachment A

This service was effective as to Defendants Minnesota Department of Public Safety Commissioner John Harrington and Minnesota State Patrol Colonel Matthew Langer, in both their individual and official capacities (the "State Defendants"). True and correct copies of the Minnesota Attorney General's Office's written confirmations of service are attached as Exhibit 1 and Exhibit 2, respectively.

3. Defendants City of Minneapolis and Minneapolis Chief of Police Medaria Arradondo, in his individual and official capacity, agreed to waive service of the summons via email on July 30, 2020. They were provided the documents identified in Paragraph 2 above by email to Heather Robertson and Kristin Sarff of the Minneapolis City Attorney's Office at 3:41p.m. on July 28, 2020. Ms. Sarff returned executed waiver of service forms on July 30, 2020, which were filed with the Court as CM/ECF Dkt. Nos. 9 and 10.

5. Defendant Minneapolis Police Lieutenant Robert Kroll was served with the documents identified in Paragraph 2, personally and in his official capacity, by Metro Legal at 6:35 pm on July 29, 2020. The Affidavit of Service for which has been filed as CM/ECF Dkt. No. 8.

Dated: July 30, 2020  */s/ Michael E. Florey*  
Michael E. Florey

| | |
|---|---|
| **From:** | AG COVID Service <COVID.Service@ag.state.mn.us> |
| **Sent:** | Tuesday, July 28, 2020 2:37 PM |
| **To:** | Janette Riebe |
| **Subject:** | Auto-Reply |

**[Caution: This is an external email. Do not click links or open attachments unless you recognize the sender and know the content is safe.]**

This email constitutes written admission of service upon the Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure 5.02(a).

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. Thank you.

# EXHIBIT 1

| From: | AG COVID Service <COVID.Service@ag.state.mn.us> |
|---|---|
| Sent: | Tuesday, July 28, 2020 2:40 PM |
| To: | Janette Riebe |
| Subject: | Auto-Reply |

**[Caution: This is an external email. Do not click links or open attachments unless you recognize the sender and know the content is safe.]**

This email constitutes written admission of service upon the Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure 5.02(a).

Office of the Minnesota Attorney General Disclaimer: This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. Thank you.

**EXHIBIT 2**