# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Nekima Levy Armstrong, Marques Armstrong, Terry Hempfling, Rachel Clark, and Max Fraden, *On behalf of themselves and other similarly situated individuals,*<br><br>    Plaintiffs,<br><br>  v.<br><br>City of Minneapolis, Minneapolis Chief of Police Medaria Arradondo *in his individual and official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his individual and official capacity*; Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*; and John Does 1-2, *in their individual and official capacities*,<br><br>    Defendants. | Civil File No. 20-cv-01645 (SRN/DTS)<br><br>**ORDER** |

This matter came before the Court on the parties' Stipulation to Extend Briefing Schedule on Pending Motions to Dismiss [Doc. No. 40]. The Court having considered the stipulation, and good cause appearing thereof, adopts the following briefing schedule.

Now, therefore, it is hereby ORDERED that:

1. Plaintiffs shall file their responses to the Motions by November 2, 2020;

2. Defendant Kroll shall file his reply, if any, by November 23, 2020;

3. State Defendants shall file their reply, if any, by November 23, 2020; and

4. City Defendants shall file their reply, if any, by November 23, 2020.

Dated:  October 6, 2020

                                                     s/Susan Richard Nelson
                                                     SUSAN RICHARD NELSON
                                                     United States District Judge