# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jamal Samaha, et al., | Case No. 20-cv-1715 (SRN/DTS) |
| Plaintiffs, | |
| v. | **ORDER** |
| City of Minneapolis, et al., | |
| Defendants. | |

| | |
|---|---|
| Nekima Levy Armstrong, et al., | Case No. 20-cv-1645 (SRN/DTS) |
| Plaintiffs, | |
| v. | |
| City of Minneapolis, et al., | |
| Defendant. | |

Pursuant to the parties' Stipulation to Protocol for Production Format of Electronically Stored Information and Hardcopy Documents, and the Court being fully advised, IT IS HEREBY ORDERED that the Stipulation is approved.

Dated: January 6, 2022            s/ David T. Schultz_____
DAVID T. SCHULTZ
U.S. Magistrate Judge