**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Jamal Samaha, Lauren Coleman, Jordan Meyer, Andy Delany, Mary Grace, Bonnie Brown, and Jonathan Mason, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>The City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo, in his official and individual capacity; and John Does 1-100, in their official and individual capacities,<br><br>      Defendants. | Case No. 20-cv-01715-KMM-DTS<br><br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT KROLL** |
| Nekima Levy Armstrong, Marques Armstrong, Terry Hempfling, Rachel Clark, and Max Fraden, on behalf of themselves and other similarly situated individuals,<br><br>      Plaintiffs,<br><br>v.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo, in his official capacity; Minneapolis Police Lieutenant Robert Kroll, in his individual and official capacity; and John Does 1-2, in their official and individual capacities,<br><br>      Defendants. | Case No. 20-cv-01645-KMM-DTS |

Based upon the Stipulation of Dismissal with Prejudice of Plaintiffs' Claims Against Defendant Kroll filed on February 22, 2023 (Doc. No. 154), IT IS HEREBY ORDERED that Plaintiffs' claims against Defendant Robert Kroll in this matter are DISMISSED WITH PREJUDICE, with Plaintiffs and Mr. Kroll to bear their own costs, expenses and attorneys' fees.

Date: February 22, 2023

*s/Katherine M. Menendez*
Katherine M. Menendez
United States District Judge