UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jamal Samaha, Lauren Coleman, Jordan Meyer, Andy Delany, Mary Grace, Bonnie Brown, and Jonathan Mason, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>The City of Minneapolis, Minneapolis Police Lieutenant Robert Kroll, in his individual capacity; Major Joseph Dwyer, in his individual capacity; Officer Samantha Belcourt, in their individual capacity, Officer George Peltz, in his individual capacity; Officer Sergio Villegas, in his individual capacity; Officer Toua Yang, in his individual capacity, and John Does 1-100, in their official and individual capacities,<br><br>　　　　Defendants. | Case No. 20-CV-01715 (KMM/DTS)<br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |
| Nekima Levy Armstrong, Marques Armstrong, Terry Hempfling, Rachel Clark, and Max Fraden, on behalf of themselves and other similarly situated individuals,<br><br>　　　　Plaintiffs,<br><br>　v. | Case No. 20-CV-01645 (KMM/DTS) |

| | |
|---|---|
| The City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo, in his official and individual capacity, Minneapolis Police Lieutenant Robert Kroll, in his individual and official capacity, Minnesota Department of Public Safety Commissioner John Harrington, in his individual and official capacity, Minnesota State Patrol Colonel Matthew Langer, in his individual and official capacity, and John Does 1-2, in their official and individual capacities,<br><br>　　　　　Defendants. | |

　　　Pursuant to the Stipulation of Dismissal With Prejudice of the parties Jamal Samaha, Lauren Coleman, Jordan Meyer, Andy Delany, Mary Grace, Bonnie Brown, and Jonathan Mason ("Samaha Plaintiffs") and Nekima Levy Armstrong, Marques Armstrong, Terry Hempfling, Rachel Clark, and Max Fraden ("Armstrong Plaintiffs"), and the City of Minneapolis by and through their undersigned counsel, (ECF No. 150),

　　　IT IS HEREBY ORDERED that all claims against the City of Minneapolis, Samantha Belcourt, George Peltz, Toua Yang, Sergio Villegas, and any claims against John Does which are alleged to be employees or agents of the City of Minneapolis are dismissed with prejudice and without costs or fees to any party.

Date:  January 19, 2023　　　　　　　　　　　　*s/Katherine M. Menendez*
　　　　　　　　　　　　　　　　　　　　　　　Katherine M. Menendez
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge